**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 99-30361
Summary Calendar**

_____

**WILLIE MAE BOWSER,**

**Plaintiff-Appellant,**

**versus**

**KENNETH S. APFEL,
COMMISSIONER OF SOCIAL SECURITY,**

**Defendant-Appellee.**

_____

**Appeal from the United States District Court
for the Western District of Louisiana
(98-CV-1389)**

_____

January 4, 2000

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

Willie Mae Bowser appeals from the district court's affirmance of the Commissioner of Social Security's decision denying supplemental security income benefits.  She contends that the Administrative Law Judge ("ALJ") erred by failing to find that her obesity and arthritis met one of the impairments listed in Appendix 1 of the Regulations, specifically the impairment listed in § 9.09(A).

The credited medical evidence of record supports the ALJ's decision that Bowser's arthritis did not result in any limitation

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of motion; thus, substantial evidence supports his conclusion that Bowser did not meet or equal the impairment listed in § 9.09(A). *See* ***Johnson v. Bowen***, 864 F.2d 340, 343 (5th Cir. 1988); *see also* ***Chaparro v. Bowen***, 815 F.2d 1008, 1011 (5th Cir. 1987). This court does not have jurisdiction to consider Bowser's contention that the ALJ applied the wrong legal standards in failing to comply with Social Security Ruling 96-6P when he ignored the opinion of a nonexamining medical consultant, because the contention was *not* administratively exhausted. *See* ***Paul v. Shalala***, 29 F.3d 208, 210-11 (5th Cir. 1994).

Because the ALJ's conclusion that Bowser was *not* disabled is supported by substantial evidence and resulted from the application of proper legal standards, the district court's judgment upholding the Commissioner's decision denying benefits is

*AFFIRMED*.